IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT LEE PLUMLEE, II,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | Case No. 25-cv-1752-DWD |
| **CARRIE MORRIS,** ) | |
| **SHANE REISTER,** ) | |
| ) | |
| **Defendants.** ) | |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On September 8, 2025, when this case was opened, Plaintiff was notified of his obligation to update his address with the Court within 14 days of any changes. (Doc. 4). On October 15, 2025, after receiving multiple pieces of returned mail, and a letter from a jail administrator indicating that Plaintiff had been released, the Court directed Plaintiff to update his address within 14 days. (Doc. 15). The Court has not received anything further from Plaintiff. It appears that Plaintiff has simply abandoned this case, given his lack of communication with the Court. If a Plaintiff abandons a case or fails to follow a Court order, the case may be subject to dismissal. Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order).

Given that Plaintiff has abandoned this case, the Court now finds it appropriate to dismiss this matter for failure to prosecute. This matter is dismissed with prejudice for

Plaintiff's failure to prosecute.  The Clerk is also **DIRECTED** to enter judgment and to **CLOSE** this case.

    **IT IS SO ORDERED.**

Dated: October 31, 2025

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge
